event. Held, that upon all the evidence the question of defendant's negligence, as well as that of plaintiff's contributory negligence, should have been submitted to the jury.

SPRING, J., not sitting.

HENDRICK, Respondent, v. BIGGAR, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Agnes Mary Hendrick against Laura Biggar. No opinion. Motion granted, without costs. See, also, 151 App. Div. 522, 136 N. Y. Supp. 306.

HINMAN, Respondent, v. KILMER et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by Harvey D. Hinman against Willis Sharp Kilmer and another. No opinion. Appeal withdrawn.

HOECKER, Respondent, v. O'CONNOR, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Emma Hoecker against Mary J. O'Connor. No opinion. Judgment of the County Court of Kings County affirmed, with costs.

HOGAN, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1912.) Action by Frances Hogan, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS and CARR, JJ., dissent.

HOLDEN, Respondent, v. LEONHARDT, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Patrick Holden against Anna Leonhardt. No opinion. Judgment of the County Court of Westchester County affirmed, with costs.

HOOK, Appellant, v. GERMAN–AMERICAN BANK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Carroll L. Hook against the German-American Bank and others. No opinion. Motion for reargument (of 136 N. Y. Supp. 1019) denied, with $10 costs. Motion to amend decision denied, with $10 costs.

HORTON et al. v. THOMAS McNALLY CO. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Chauncey S. Horton and others against the Thomas McNally Company.

PER CURIAM. Receiver Paine, if he desire, may file a brief herein by Tuesday, October 22, 1912, at the same time serving a copy thereof upon the various parties, respectively, who have appeared herein, who may have two days thereafter to file briefs in answer. See, also, 137 N. Y. Supp. 1123.

HORTON et al. v. THOMAS McNALLY CO. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by Chauncey S. Horton and others against the Thomas McNally Company.

PER CURIAM. Without considering the merits of the controversy or the validity of the order appealed from, but solely in view of the intense personal hostility between the receivers, disclosed by the papers, we think the progress of the important public work involved will be expedited by a denial of the stay asked for pending the hearing and determination of the appeal. The motion is therefore denied, without costs, and the temporary stay vacated, but without prejudice to a renewal of the motion, should a speedy hearing of the appeal be unduly delayed by the respondents. See, also, 137 N. Y. Supp. 1123.

HOWLEY, Appellant, v. C. R. MALTBY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by Mary Howley against the C. R. Maltby Company. No opinion. Motion to dismiss appeal granted, without costs.

HOWLEY, Respondent, v. KELLY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Thomas P. Howley against Michael J. Kelly and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re HUGHES. (Supreme Court, Appellate Division, First Department. November 1, 1912.) In the matter of C. Von Oden Hughes. No opinion. Proceeding dismissed. Settle order on notice. See, also, 150 App. Div. 905, 135 N. Y. Supp. 1118.

HUSSEY, Respondent, v. STEEPLECHASE CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Josephine A. Hussey against the Steeplechase Company and others. No opinion. Judgment and order unanimously affirmed, with costs.

In re IRVING. (Supreme Court, Appellate Division, First Department. October 18, 1912.) In the matter of Mary Irving, deceased. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in memorandum. Memorandum per curiam. Settle order on notice.

JACOBS, Respondent, v. CIANCIMINO, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Charles C. Jacobs against Peter Ciancimino. No opinion. Judgment and order affirmed, with costs. See, also, 147 App. Div. 518, 132 N. Y. Supp. 283.

JACOBS, Respondent, v. H. J. KOEHLER SPORTING GOODS CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Hen-